IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ERIC FLORES,<br><br>               Plaintiff,<br>v.<br><br>SIERRA MEDICAL CENTER, et al.,<br><br>               Defendants. | ORDER ADOPTING<br>REPORT & RECOMMENDATION<br><br>Case No. 2:13-cv-390-DN<br><br>District Judge David Nuffer |

The Report and Recommendation issued by United States Magistrate Brooke Wells issued on September 8, 2014[1] recommends that this case be dismissed for Plaintiff's failure to serve his complaint consistent with the requirements of Rule 4(m)[2] and for Plaintiff's failure to respond to the Court's Order to Show Cause.[3]

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. As of the date of this Order, no objection has been filed to the Report and Recommendation.

De novo review of all materials, including the record that was before the magistrate judge and the reasoning set forth in the Report and Recommendation, has been completed. The analysis and conclusion of the magistrate judge are correct and the Report and Recommendation will be adopted. No hearing will be held concerning the objection.[4] Plaintiff has failed to serve

---

[1] Report and Recommendation, docket no. 9, filed September 9, 2014.

[2] Fed. R. Civ. P. 4(m).

[3] Order to Show Cause, docket no. 7, filed July 29, 2014.

[4] DUCivR 72-3(b) ("Unless otherwise ordered by the assigned district judge, no response need be filed and no hearing will be held concerning an objection to a magistrate judge's order pursuant to Fed. R. Civ. P. 72(a) and 28 [U.S.C.] § 636 (b)(1)(A).").

his Complaint on the Defendants within 120 days after the Complaint was filed; therefore, his Complaint is dismissed without prejudice.

IT IS HEREBY ORDERED that the Report and Recommendation[5] is ADOPTED and the above-captioned matter is DISMISSED without prejudice.

The Clerk shall close the case.

Signed September 30, 2014.

BY THE COURT

David Nuffer
United States District Judge

---

[5] Docket no. 9, filed September 9, 2014.